## 37792. THOMAS v. RAMSEY.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED NOVEMBER 18, 1981.

*Thomas Stanley Sunderland, Morgan & Morgan, Handsel Morgan,* for appellant.
*Glyndon C. Pruitt,* for appellee.